Conner, J.
R2

# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, | ) ) ) ) 08 CIV 3410 (WCC) ) ECF CASE |
| Plaintiffs, | ) ) |
| -against- | ) **VOLUNTARY** ) **NOTICE OF** ) **DISMISSAL AND** |
| CJN ENTERPRISES INC., | ) **ORDER** ) |
| Defendant. | ) ) ) |

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismiss the above entitled action with prejudice

Dated: June 4, 2008
Elmsford, New York

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
Karin Arrospide, Esq. (KA9319)
Attorney for Plaintiffs
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

SO ORDERED:

_William C. Conner_
Honorable William C. Conner, U.S.D.J.

June 9, 2008
White Plains, NY

E-
COPIES MAILED TO COUNSEL OF RECORD